# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No.     4:07-CR-00087-NKL |
| ISLAMIC AMERICAN RELIEF AGENCY, et al., | ) |
| Defendants. | ) |

## WITNESS LIST FOR DEFENDANT ABDEL AZIM ELSIDDIG

Comes now Defendant Abdel Azim Elsiddig, by and through counsel, and submits the following list of witnesses:

| Name | Address | Summary of Testimony | Probable/Possible |
|---|---|---|---|
| William Devlin | Senior Minister Manhattan Bible Church 401 West 205th St New York, NY | Defendant's work with Muslim/Christian relations and his character | Probable |
| Max Paul Franklin | 1040 S. 8th Street, Colorado Springs, CO | Defendant's work with Muslim/Christian relations and his character | Probable |
| Rick Jackson | 1435 N. Cascade, Colorado Springs, CO | Defendant's work with Muslim/Christian relations and his | Probable |

CC 2202175v4
CC 2262792v2

| | | character | |
|---|---|---|---|
| Carl Medearis | | Defendant's work with Muslim/Christian relations and his character | Possible |
| Dennis Wierzal | 12242 S. Oak Park Ave, Palos Hieghts, IL | Defendant's work with Muslim/Christian relations and his character | Probable |

In addition, Defendant reserves the right to call all witnesses subpoenaed and/or called to testify by the United States or any of the Defendants.

Finally, Defendant Elsiddig may testify.

Respectfully submitted,

Dated: April 30, 2010

By: /s/ Jean Paul Bradshaw II

Jean Paul Bradshaw II  (31800)
Lathrop & Gage LLP
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 460-5507
Telecopier:  (816) 292-2001

Attorney for Defendant Abdel Azim Elsiddig

-2-

CC 2262175v2
CC 2262792v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2010, the above and foregoing was provided to counsel of record in this case by e-mail and on this 14th day of June, 2010 was electronically filed with the Court using the CM/ECF system, which sent email notification of such filing to all CM/ECF participants in this case and a copy was mailed via U.S. Mail, to all non CM/ECF participants.

   /s/ Jean Paul Bradshaw II
ATTORNEY FOR DEFENDANT
ADBEL AZIM ELSIDDIG

CC 2202175v4
CC 2262792v2