**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-00087-06/07-CR-W-NKL |
| | ) | |
| **ABDEL AZIM EL-SIDDIG** | ) | |
| and | ) | |
| **MARK DELI SILJANDER**, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S AMENDED LIST OF WITNESSES

The United States of America, by and through Beth Phillips, the United States Attorney for

the Western District of Missouri, and undersigned counsel, provides this list of witnesses who may

be called during the Government's case-in-chief:

1.  Jeffrey Abbott (possible witness)
    Special Agent, Internal Revenue Service - Criminal Investigation (IRS-CI)
    Jefferson City, Missouri
    Description:   Testimony regarding collection of records, compilation of summary
    exhibits, money transfer schedules, and summary charts.

2.  Hanan Ahmed (possible witness)
    Chicago, Illinois
    Description:   Wife of Defendant Abdel Azim El-Siddig.  Testimony regarding
    signing checks for IARA.

3.  Abubaker Ahmad Yasin Al-Shingieti (possible witness)
    Washington, D.C.
    Description:   Testimony regarding IARA Board of Directors, and Defendant
    Siljander.

4. Andrew Alvey (probable witness)
Special Agent, Federal Bureau of Investigation (FBI)
Kansas City, Missouri
Description: Testimony regarding the execution of search warrants at Defendant Hamed's home.

5. Dorothy Awosika (probable witness)
Auditor, United States Agency for International Development (USAID)
Washington D.C.
Description: Testimony regarding USAID cooperative agreements with IARA, and IARA's financial and accounting system related to the USAID programs.

6. Ali M. Bagegni (probable witness)
Member of IARA Board of Directors
c/o John C. Aisenbrey, Esq.
Kansas City, Missouri
Description: Pled guilty pursuant to plea agreement. See plea agreement (DE 397) for factual basis.

7. Custodian of Records
Bank of America, N.A.
Columbia, Missouri
Description: Account information.

8. Custodian of Records
BB&T Bank
Winston-Salem, North Carolina
Description: Account information.

9. Custodian of Records (Bonnie Lawler)
Boone County National Bank
Columbia, Missouri
Description: Account information.

10. Custodian of Records (Kathy Nicholas)
Boone County National Bank
Columbia, Missouri
Description: Account information.

11. Cathy Bowes (possible witness)
United States Agency for International Development (USAID)
Baghdad, Iraq
Description: Testimony regarding Child Survival Program, and cooperative agreement with Defendant IARA.

12. Sonya Brown (probable witness)
Former Deputy Foreperson, Special Grand Jury
Kansas City, Missouri
Description: Testimony regarding grand jury's investigation of theft of USAID funds, and review of information provided by and pertaining to Defendant Siljander.

13. Joan Casey, Certified Public Accountant (CPA) (probable witness)
Columbia, Missouri
Description: Testimony regarding work performed for IARA and Defendant Hamed.

14. Della Dash (probable witness)
USAID (retired)
San Francisco, California
Description: Testimony regarding education provided to IARA in Mali.

15. John Drake (probable witness)
Former Staff Attorney, U.S. Senate Finance Committee
Washington, D.C.
Description: U.S. Senate Finance Committee regarding investigation of charities suspected of supporting terrorism.

16. James Dubois (possible witness)
USAID
Washington, D.C.
Description: Testimony regarding USAID-funded projects in Mali and interaction with IARA.

17. Mohamed ElKomy (probable witness)
Former IARA bookkeeper
Columbia, Missouri
Description: Testimony regarding work at IARA and procedures for bookkeeping, wiring, and the signing of checks.

3

18. Mercedes Eugenia (probable witness)
USAID
Washington, D.C.
Description:  Testimony regarding USAID framework and termination of second cooperative agreement.

19. Custodian of Records (Lora Zuk)
International Foundation
Washington, D.C.
Description:  Introduction of International Foundation records and testimony regarding the International Foundation.

20. Joyce Frame (possible witness)
Annandale, Virginia
Description:  Agreement Officer for USAID (retired).  Testimony regarding first CSP cooperative agreement.

21. Mubarak Hamed (probable witness)
Former IARA Executive Director
Columbia, Missouri
Description:  Pled guilty pursuant to written plea agreement (DE 521).

22. John T. Houk, Jr. (possible witness)
National Heritage Foundation
Falls Church, Virginia
Description:  Testimony regarding National Heritage Foundation and Defendant Siljander.

23. John T. Houk, III (probable witness)
National Heritage Foundation
Falls Church, Virginia
Description:  Testimony regarding National Heritage Foundation and Defendant Siljander.

24. Todd Hynson (probable witness)
Special Agent, FBI
Kansas City, Missouri
Description:  Testimony regarding investigation of IARA, seizure of evidence from IARA storage locker, and review of evidence.

4

25. Custodian of Records (Leah Swicegood)
Internal Revenue Service (IRS), Kansas City Service Center
Kansas City, Missouri
Description: Introduction of forms filed with and records of the IRS.

26. Beverly Jackson (possible witness)
Auditor, United States Agency for International Development (USAID)
Washington D.C.
Description: Testimony regarding USAID cooperative agreements with IARA, and IARA's financial and accounting system related to the USAID programs.

27. Custodian of Records
James Monroe Bank
Arlington, Virginia
Description: Account information.

28. Rodney Johnson (probable witness)
Arlington, Virginia
Description: USAID (retired). Testimony regarding IARA suspension.

29. Katherine Jones (probable witness)
La Jolla, California
Description: USAID (retired). Testimony regarding education provided to IARA, and the Technical Evaluation Committee's criteria and selection, and the Committee's recommendation regarding smaller award for capacity building.

30. Gary Juste (possible witness)
USAID
Washington, D.C.
Description: Agreement Officer. Testimony regarding CEWIGAP.

31. Ibrahim Khaleel (probable witness)
Former IARA employee
Columbia, Missouri
Description: Testimony regarding work at IARA.

32. Loretta King (possible witness)
Washington, D.C.
Description: USAID (retired). Agreement Officer for second cooperative agreement.

5

33.     Nand Kumar Lakhavani (probable witness)
        Boone, North Carolina
        Description:    Former USAID employee.  Testimony regarding Siljander's request
                        for information involving IARA.

34.     John David Mann (possible witness)
        Hadley, Massachusetts
        Description:    Testimony regarding work as ghost writer for Defendant Siljander's
                        book.

35.     Michael Maudlin (possible witness)
        Editorial Director, HarperOne
        c/o David Zornow, Esq., New York, NY
        Description:    Testimony relating to publication of Defendant Siljander's book.

36.     Margret McBride (possible witness)
        The McBride Literary Agency
        San Francisco, California
        Description: Testimony relating to writing and publication of Siljander's book.

37.     Bob McBrien (possible witness)
        OFAC
        Washington, DC
        Description:    Testimony regarding SDGT designation of IARA.

38.     Lisa McClennon (possible witness)
        Special Agent, USAID
        Washington, DC
        Description:    Testimony regarding investigation, collection of USAID documents,
                        and interview of Defendant Siljander.

39.     Arthur Daniel McGlynn (possible witness)
        OFAC
        Washington, DC
        Description:    Testimony regarding SDGT designation of IARA.

40.     Custodian of Records
        Merrill Lynch FAC
        Pennington, New Jersey
        Description:    Account records.

6

41.	Sherri Maiorana (probable witness)
Special Agent, FBI
Kansas City, Missouri
Description:	Testimony regarding compilation of financial materials relating to IARA and USAID, payments to Defendant Siljander, and statements made by Defendant Siljander.

42.	Susan Nitsch (probable witness)
Special Agent, FBI
Kansas City, Missouri
Description:	Testimony regarding investigation and wire intercepts.

43.	Custodian of Records (Barbara Ann Hanrahan)
R.P.H. Associates
Chicago, Illinois
Description:	Introduce records of R.P.H. Associates.

44.	Barry Sabin (possible witness)
Former Chief, Counterterrorism Section, U.S. Department of Justice
Washington, D.C.
Description:	Testimony regarding conversation with Defendant Siljander.

45.	Paul R. Schlup (possible witness)
Special Agent (retired), IRS-CI
Jefferson City, Missouri
Description:	Testimony regarding IRS investigation of IARA, statements by Defendant Hamed.

46.	Marcus Stevenson (possible witness)
USAID
Crofton, Maryland
Description:	Testimony regarding termination appeals and debarment.

47.	John Tucker (probable witness)
Special Agent, Federal Bureau of Investigation
Kansas City, Missouri
Description:	Testimony regarding execution of search warrant at IARA office.

48.	Annette Tuebner (probable witness)
USAID
Washington, D.C.
Description:	Testimony regarding CEWIGAP.

7

49. Gary Winter (possible witness)
USAID
Washington, D.C.
Description:    Testimony regarding support of terminations.

Respectfully submitted,

**BETH PHILLIPS**
United States Attorney

By:    */s/ Anthony P. Gonzalez*
**ANTHONY P. GONZALEZ**
Assistant United States Attorney

*/s/ Steven M. Mohlhenrich*
**STEVEN M. MOHLHENRICH**
Assistant United States Attorney

*/s/ Paul G. Casey*
**PAUL G. CASEY**
Trial Attorney, Counterterrorism Section
National Security Division, U.S. Dept. of Justice

8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June 29, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ Steven M. Mohlhenrich
**STEVEN M. MOHLHENRICH**
Assistant United States Attorney

9