**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-00087-06/07-CR-W-NKL |
| | ) | |
| **ABDEL AZIM EL-SIDDIG** | ) | |
| and | ) | |
| **MARK DELI SILJANDER**, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S ADDITION TO LIST OF WITNESSES

The United States of America, by and through Beth Phillips, the United States Attorney for

the Western District of Missouri, and undersigned counsel, provides the name of the following

additional witness who may be called during the Government's case-in-chief:

Nazaret T. Berhane (possible witness)
Translator
FBI: Washington D.C.
Description: Testimony regarding the English meaning of Arabic calls.

Respectfully submitted,

**BETH PHILLIPS**
United States Attorney

By:     */s/ Anthony P. Gonzalez*

**ANTHONY P. GONZALEZ**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was delivered on July 1, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Anthony P. Gonzalez*
**ANTHONY P. GONZALEZ**
Assistant United States Attorney

2