IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**CHANGE OF PLEA**

| | | |
|---|---|---|
| United States of America | Case Number: | 07-0087-01-CR-W-NKL |
| vs | Court Recorder/CRD: | J Russel |
| Islamic American Relief Agency | Date: | July 20, 2016 |

Honorable Nanette K Laughey  presiding at Jefferson City, Missouri

Time:  1:12pm-1:48pm

**APPEARANCES**      Government:          Anthony Gonzalez; Steven Mohlhenrich
                     Corporate Defendant:     Charles Swift
                     Probation:               Danielle Staats

Corporate Defendant appears by authorized representative to change plea from not guilty to

_X_ guilty   on counts 1, 13, & 33 of 2nd Superseding Indictment

Indictment and range of punishment is:
_X_    read and discussed
_X_    Corporate Defendant's authorized representative (Charles Swift) sworn.
_X_    Court questions corporate defendant's authorized representative regarding his physical
       and mental condition. Defendant advised of right to trial by jury, maximum and
       minimum terms of incarceration and fine ranges.
_X_    Plea agreement filed
_X_    Court accepts defendant's plea
_X_    Court orders expedited Presentence Investigation (PSI)
.